IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LORRIE R. HARRIS,

    Plaintiff,

v.                              CASE NO.:  3:10cv3/MCR/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
    _____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 31, 2011.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion for attorney fees (doc. 21) is granted as set forth below.

3.    The plaintiff is entitled to recover a reasonable fee for attorney representation before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412(EAJA); attorney fees and costs under the EAJA

in the amount of $4,345.00 are reasonable and the Commissioner is directed to pay that amount to plaintiff, Lorrie R. Harris, and mail payment to plaintiff's attorney, Stephanie A. Taylor, Esq., at 1823 North 9th Avenue, Pensacola, FL 32503. Costs in the amount of $350.00 are also awarded, to be paid from the Judgment Fund.

DONE AND ORDERED this 2nd day of March, 2011.


    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**